# IN THE SUPREME COURT OF THE STATE OF NEVADA

JERMAINE JAMAICA CAMPBELL, SR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 82154

FILED

JAN 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to modify sentence. Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely. The order denying a motion to modify sentence was entered on October 16, 2020. The notice of appeal was not filed until November 23, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

21-00534

cc: Hon. Egan K. Walker, District Judge
Jermaine Jamaica Campbell, Sr.
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk